IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHANIE AGEE, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>EXCELSIOR COMMUNITIES, LLC, *et al.*<br><br>Defendants. | *<br>*<br>*<br>*   Civil Action No.: 1:24-cv-02830-BAH<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Stephanie Agee, and Defendants Excelsior Communities, LLC and Brewers Hill Realty, LLC by undersigned counsel, hereby stipulate to the dismissal of Plaintiff Stephanie Agee's claims with prejudice. This dismissal has no effect on the claims of any absent, putative class members. The parties shall bear their own attorneys' fees and costs.

Dated: April 3, 2025                              Respectfully submitted,

*/s/ David J. Shuster*                             */s/ Elchanan Engel*
David J. Shuster (Fed. Bar No. 23120)    Elchanan ("Elliott") Engel, Bar No. 28299
Justin A. Redd (Fed. Bar No. 18614)      Brian M. Boyle, Bar No. 28242
Emily R. Greene (Fed. Bar No. 20302)   BERMAN, BOYLE & ENGEL LLC
KRAMON & GRAHAM, P.A.                   1777 Reisterstown Road, Suite 265
750 E. Pratt Street, Suite 1100                Baltimore, Maryland 21208
Baltimore, Maryland 21202                    410-855-4740
(410) 752-6030 (telephone)                    ee@bbelaw.com
(410) 539-1269 (facsimile)                     bmb@bbelaw.com
dshuster@kg-law.com
jredd@kg-law.com                                 *Counsel to Defendants*
egreene@kg-law.com

*Attorneys for Plaintiff*
*Stephanie Agee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2025, a copy of the foregoing was filed electronically via CM/ECF, which effected service on counsel for all parties.

                                      */s/ David J. Shuster*
                                      David J. Shuster (Fed. Bar No. 23120)

4924-1932-2929, v. 1